1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                                                )

11   EMMANUEL ADEBAYO,                            )    Civil No. 07cv1661-L(CAB)
                                                  )
12                     Plaintiff,                 )    **ORDER REMANDING ACTION TO
                                                  )    STATE COURT**
13   v.                                           )
                                                  )
14   METROPOLITAN TRANSIT SYSTEM;                 )
     SAN DIEGO TROLLEY, INC.;                     )
15   ANTHONY PRAY; P.A. PARKER;                   )
     MICHAEL VACCARIELLO; J. DURAN;               )
16   and DOES 1 through 30, inclusive ;           )
                                                  )
17                     Defendants.                )
                                                  )
18

19        On August 30, 2007, Defendants Metropolitan Transit System and San Diego Trolley,

20   Inc. filed a notice of removal.  28 U.S.C. § 1446 "requires all proper defendants to join or

21   consent to the removal notice."  *Prize Frize, Inc. v. Matrix (U.S.) Inc.*, 167 F.3d 1261, 1266 (9th

22   Cir. 1999).  Only Defendants Metropolitan Transit System and San Diego Trolley, Inc. joined in

23   the removal.  They provide no explanation regarding the status of the other three named

24   Defendants' consent.  "Where fewer than all the defendants have joined in a removal action, the

25   removing party has the burden under section 1446(a) to explain affirmatively the absence of any

26   co-defendants in the notice for removal."  *Id.*  The removing parties have not done so in this

27   / / / / /

28   / / / / /

07cv1661

Dockets.Justia.com

1   case.  For failure to timely comply with the procedural requirements of removal, this action is

2   **REMANDED** to state court.

3        **IT IS SO ORDERED**.

4   DATED:  September 4, 2007

5                                        M. James Lorenz

6                                        United States District Court Judge

7   COPY TO:

8   HON. CATHY ANN BENCIVENGO
    UNITED STATES MAGISTRATE JUDGE

9   ALL PARTIES/COUNSEL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv1661